# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130748

LAURENCE G. WOLF CAPITAL
MANAGEMENT TRUST and LAURENCE
G. WOLF, as trustee and individually,
       Plaintiffs-Appellees,

v

                                         SC: 130748
                                         COA: 262721
                                         Oakland CC: 2003-051450-CK

CITY OF FERNDALE, MARSHA
SCHEER, ROBERT G. PORTER, and
THOMAS W. BARWIN,
       Defendants-Appellants.

_____/

On November 13, 2006, the Court heard oral argument on the application for leave to appeal the December 20, 2005 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

d1121

                                        Clerk